# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-CR-00115-BHH |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF CONTINUANCE |
| QUANTAVIUS MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

Please accept this correspondence as a written request for a continuance in regards to the above referenced matter scheduled for **May 2, 2022.**

Defendant is requesting additional time due to his undersigned attorney, J. Todd Rutherford, will be in Greenville, presenting a Legislative Update at a Judicial Conference. Defendant request this continuance in order to ensure he is afforded sufficient time and opportunity to review and confer with counsel regarding this matter.

We thank you in advance for your attention and consideration in this matter. Should you have any questions regarding this correspondence, please feel free to contact our office at (803) 256-3003.

Respectfully,

/s/ J. Todd Rutherford
J. Todd Rutherford, Federal ID # 07126
Attorney for Defendant

RUTHERFORD LAW FIRM
2113 Park Street (29201)
Post Office Box 1452
Columbia, SC 29202
Phone No.: (803) 256-3003
Fax No.: (803) 256-9698
Email: Todd@rutherford.law

Columbia, South Carolina
This 29th day of April 2022.

cc:     Emily Limehouse, Assistant United States Attorney