AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
_____ District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:21-cr-115-BHH |
| Quantavius Murphy | ) | |
| | ) | USM No: 36006-509 |
| Date of Original Judgment: March 29, 2023 | ) | |
| Date of Previous Amended Judgment: _____ | ) | William F. Nettles IV |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  44 months  months **is reduced to**  35 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/29/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/04/2024                             /s/Bruce H. Hendricks
                                                                *Judge's signature*

Effective Date:  09/04/2024                         United States District Judge
*(if different from order date)*                      *Printed name and title*